**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

HARRY EDMOND REAVES,

      Plaintiff,

vs.                                       Case No.  2:07-cv-809-FtM-34DNF

GORDON MANSFIELD, et al.,

      Defendants.
_____/

## **ORDER**

This case is before the Court on Magistrate Judge Douglas N. Frazier's Report and Recommendation (Doc. No. 6; Report), entered February 4, 2008. In the Report, Magistrate Judge Frazier recommended that Plaintiff's Complaint (Doc. No. 1; Complaint) be dismissed for failure to state a claim on which relief may be granted pursuant to 28 U.S.C. §1915(e)(2)(B)(ii) and for failure to comply with a Court Order. See Report at 3. In addition, Magistrate Judge Frazier recommended that the Court deny Plaintiff's Affidavit of Indigency (Doc. No. 2), which the Court construed as a Motion to Proceed In Forma Pauperis. See id. at 1, 3. Neither Plaintiff nor Defendants filed objections to the Report and the time in which to do so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b).  If specific objections to findings of facts are timely filed, the district court will conduct a de novo review of those facts. Id.; LoConte v. Dugger, 847 F.2d 745, 750 (11th Cir. 1988).  Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, it is hereby

**ORDERED:**

1. The Report and Recommendation (Doc. No. 6) of Magistrate Judge Frazier is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Affidavit of Indigency (Doc. No. 2) is **DENIED**.

3. This case is **DISMISSED WITHOUT PREJUDICE**.

4. Each party shall bear its own attorney's fees and costs.

5. The Clerk shall close the case and terminate any remaining deadlines or pending motions as moot.

**DONE AND ORDERED** at Fort Myers, Florida this ___14th___ day of March, 2008.

*/s/ Marcia Morales Howard*
**MARCIA MORALES HOWARD**
United States District Judge

lc5
Copies to:
Counsel of Record
Pro Se Party